## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

EDWARD COHEN,

Plaintiff,

Civil Action No. 1:18-cv-02940-FB-SJB

vs.

UNIQURE N.V.,

Defendant.

### STIPULATION OF DISMISSAL

WHEREAS, Plaintiff commenced the above-captioned action (the "Action"), challenging the sufficiency of certain disclosures made in uniQure N.V.'s April 30, 2018 proxy statement;

WHEREAS, uniQure N.V. issued Definitive Additional Materials on Schedule 14(a) on May 31, 2018, which disclosures the Parties agree moot the claims set forth in the Action;

NOW THEREFORE, all parties by and through their undersigned counsel, stipulate that the above-captioned action is dismissed with prejudice as to Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**STULL, STULL & BRODY**

By:_____

Michael J. Klein
6 East 45th Street
New York, New York 10017
Tel.: (212) 687-7230
Fax: (212) 490-2022
mklein@ssbny.com

*Attorneys for Plaintiff Edward Cohen*

**MORGAN, LEWIS & BOCKIUS LLP**

By:_____

Brian A. Herman
101 Park Ave.
New York, NY 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
brian.herman@morganlewis.com

*Attorneys for Defendant uniQure N.V.*